UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 01-6777
(CR-93-267, CA-97-957-2)

United States of America,

Plaintiff - Appellee,

versus

Jerry Dale Lowe,

Defendant - Appellant.

O R D E R

The court amends its opinion filed September 13, 2001, as follows:

On page 2, line 1 of text -- the opinion is corrected to begin "Jerry Dale Lowe seeks to appeal ...."

For the Court - By Direction

/s/ Patricia S. Connor
Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 01-6777**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JERRY DALE LOWE,

Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Southern District of West Virginia, at Charleston. John T. Copenhaver, Jr., District Judge. (CR-93-267, CA-97-957-2)

─────────────

Submitted: September 6, 2001      Decided: September 13, 2001

─────────────

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Scott Sumner Segal, THE SEGAL LAW FIRM, Charleston, West Virginia, for Appellant. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Dale Lowe seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lowe, Nos. CR-93-267; CA-97-957-2 (S.D.W. Va. Mar. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED